KANTOR & KANTOR, LLP
GLENN R. KANTOR, Bar No. 122643
  E-mail: gkantor@kantorlaw.net
BRENT DORIAN BREHM, Bar No. 248983
  E-mail: bbrehm@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone:  (818) 886-2525
Facsimile:  (818 350-6272

Attorneys for Plaintiff,
NEIL CULLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| NEIL CULLEN,<br><br>                              Plaintiff,<br><br>          vs.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY,<br><br><br>                              Defendant. | Case No.: C 12-5494 LB<br>Assigned to Magistrate Judge Laurel Beeler,<br>Courtroom C, 15th Floor<br><br>**NOTICE OF DISMISSAL AND<br>~~PROPOSED~~ ORDER** |

Plaintiff Neil Cullen hereby dismisses the above entitled action pursuant to Rule 41(a)(1)

of the Federal Rules of Civil Procedure.

Dated:  March 25, 2013                              KANTOR & KANTOR LLP



                                        By:   */s/ Brent Dorian Brehm*
                                              Glenn R. Kantor
                                              Brent Dorian Brehm
                                              Attorneys for Plaintiff, NEIL CULLEN

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

1

1

## **ORDER**

2          It is hereby ordered that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

3   the above-entitled action is dismissed.

4          **IT IS SO ORDERED.**

5   Dated:   March 26, 2013

6                                                      By:   _____

7                                                            Laurel Beeler
                                                             U.S. Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

Notice of Dismissal and ~~Proposed~~ Order