KANTOR & KANTOR, LLP
GLENN R. KANTOR, Bar No. 122643
    E-mail: gkantor@kantorlaw.net
BRENT DORIAN BREHM, Bar No. 248983
    E-mail: bbrehm@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone:  (818) 886-2525
Facsimile:  (818 350-6272

Attorneys for Plaintiff,
NEIL CULLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| NEIL CULLEN,<br><br>             Plaintiff,<br><br>     vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>             Defendant. | Case No.: C 12-5494 LB<br>Assigned to Magistrate Judge Laurel Beeler, Courtroom C, 15th Floor<br><br>**NOTICE OF DISMISSAL AND ~~PROPOSED~~ ORDER** |

    Plaintiff Neil Cullen hereby dismisses the above entitled action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.


Dated:  March 25, 2013                    KANTOR & KANTOR LLP



                                          By:  */s/ Brent Dorian Brehm*
                                                Glenn R. Kantor
                                                Brent Dorian Brehm
                                                Attorneys for Plaintiff, NEIL CULLEN

1

Notice of Dismissal and ~~Proposed~~ Order

**ORDER**

It is hereby ordered that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-entitled action is dismissed.

**IT IS SO ORDERED.**

Dated: March 26, 2013

By: _____
Laurel Beeler
U.S. Magistrate Judge